IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL (Lexington) DIVISION

| | |
|---|---|
| CAROLYN JOAN PATRICK, | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) |
| | ) |
| G. L. A. COLLECTION COMPANY, INC., | ) **JURY DEMAND ENDORSED HEREON** |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, CAROLYN JOAN PATRICK, by and through her attorney, KYLE R. SALYER, and for her Complaint against the Defendant, G. L. A. COLLECTION COMPANY, INC., Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

### PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Lexington, Kentucky.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as she is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

6. The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

7. On information and belief, Defendant is a corporation of the State of Kentucky and which has its principal place of business in Louisville, Kentucky.

## ALLEGATIONS

8. Defendant, through its agents, representatives and/or employees, began contacting Plaintiff during or about August of 2012 in attempts to collect the aforementioned alleged debt.

9. Defendant's agents, representatives and/or employees resumed contacting Plaintiff by telephone during or about April of 2013, and have placed near daily calls to Plaintiff in further attempts to collect the alleged debt.

10. Plaintiff informed said callers that she was that she was suffering from severe medical conditions, including Parkinson's disease and cancer, and unable to pay the alleged debt, as her income was limited to only Social Security payments.

11. However, the calls from Defendant's agents, representatives and/or employees continued unabated, and in one time period, August 8, 2013 through August 22, 2013, 33 calls were placed to Plaintiff from Defendant's agents, representatives and/or employees.

12. In its attempts to collect the aforementioned alleged debt, Defendant violated the FDCPA in one or more of the following ways:

    a. Communicating with Plaintiff at a time or place known or which should be known to be inconvenient to her, in violation of 15 U.S.C. § 1692c(a)(1);

    b. Causing a telephone to ring or engaging Plaintiff in conversation repeatedly and continuously with the intent to annoy, abuse or harass, in violation of 15 U.S.C. § 1692d(5); and

    c. By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

13. As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, CAROLYN JOAN PATRICK, respectfully prays for a judgment against Defendant as follows:

    a. Statutory damages of $1,000.00 for each violation of the FDCPA;

    b. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

    c. Any other relief deemed appropriate by this Honorable Court.

## JURY DEMAND

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of her claims in this action.

Respectfully Submitted,

/s/ Kyle R. Salyer
Kyle R. Salyer (91435)
Attorney for Plaintiff
Luxenburg & Levin, LLC
P.O. Box 2213
Paintsville, KY 41240
(888) 493-0770, ext. 307 (phone)
(866) 551-7791 (facsimile)
Kyle@LuxenburgLevin.com