UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 5:13-CV-310-KSF

CAROLYN JOAN PATRICK,                                                                        PLAINTIFF

v.                                                    **ORDER**

G.L.A. COLLECTION COMPANY,                                                           DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the parties' Stipulation of Dismissal [DE 9] filed herein, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice and **STRICKEN** from the active docket of the Court.

Dated this January 28, 2014.

Signed By:
*Karl S. Forester*  KSF
**United States Senior Judge**